UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT RONALD MATTESON,<br><br>    Petitioner,<br><br>v.<br><br>JOE LIZZARAGA, Warden,<br><br>    Respondents. | Case No.: 1:15-cv-01015-LJO-JLT-JLT<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO WITHDRAW MOTION TO DISMISS FILED ON SEPTEMBER 8, 2015 (Docs. 10, 12)<br><br>ORDER GRANTING PETITIONER THIRTY DAYS TO FILE AN OPPOSITION TO THE MOTION TO DISMISS FILED SEPTEMBER 14, 2015 (Doc. 14) |

On September 8, 2015, Respondent filed a motion to dismiss the petition on the grounds that the petition was successive and untimely. (Doc. 10). On September 10, 2015, Respondent filed a request to withdraw the motion to dismiss and for additional time to file a response to the petition, explaining that Respondent does not intend to pursue the contention that the petition is successive. (Doc. 12). On September 14, 2015, Respondent filed a motion to dismiss the petition on the grounds of untimeliness, omitting the issue of whether the petition is successive. (Doc. 14). Petitioner has not filed any response to these motions and requests.

**ORDER**

For the foregoing reasons, it is HEREBY ORDERED as follows:

1. Respondent request to withdraw the motion to dismiss filed on September 8, 2015 (Doc. 12), is GRANTED. The motion (Doc. 10) is DEEMED WITHDRAWN;

1

2. Petitioner is granted 30 days from the date of service of this order within which to file an opposition to the motion to dismiss filed on September 14, 2015 (Doc. 14);

IT IS SO ORDERED.

Dated: **September 23, 2015**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE